IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDonald, Antoine | Case Number: 05 B 24431 |
|---|---|---|
| | Walker, Monica | Judge: Goldgar, A. Benjamin |
| | Printed: 1/29/08 | Filed: 6/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2007
Confirmed: August 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,050.00 | |
| Secured: | | 11,854.54 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 801.46 |
| Other Funds: | | 0.00 |
| Totals: | 15,050.00 | 15,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | First Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 1,243.88 | 535.13 |
| 4. | Triad Financial Services | Secured | 16,552.68 | 6,741.04 |
| 5. | Numark Credit Union | Secured | 11,242.29 | 4,578.37 |
| 6. | Numark Credit Union | Unsecured | 1,239.98 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 222.92 | 0.00 |
| 8. | Capital One | Unsecured | 1,011.11 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 2,500.27 | 0.00 |
| 10. | Nicor Gas | Unsecured | 166.61 | 0.00 |
| 11. | Citizens Bank | Unsecured | 288.15 | 0.00 |
| 12. | Village of Riverdale | Unsecured | 150.00 | 0.00 |
| 13. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 16. | Credit Processing Center | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Midwest Title | Unsecured | | No Claim Filed |
| 19. | Menards | Unsecured | | No Claim Filed |
| 20. | St Francis Hospital | Unsecured | | No Claim Filed |
| 21. | Melanie Fitness Center | Unsecured | | No Claim Filed |
| 22. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | Kmart Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McDonald, Antoine | Case Number:  05 B 24431 |
| Walker, Monica | Judge:  Goldgar, A. Benjamin |
| Printed:  1/29/08 | Filed:  6/20/05 |

```
                              _____      _____
                              $ 37,011.89     $ 14,248.54
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 422.13 |
| 5% | 30.00 |
| 4.8% | 131.99 |
| 5.4% | 217.34 |
|  | _____ |
|  | $ 801.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

